SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

ERIKA R. FRICK (CSBN 208150)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6973
   Facsimile: (415) 436-7234
   Email: erika.frick@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0157 MHP |
| ) | |
|    Plaintiff, ) | [PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM MAY 7, 2007 TO JUNE 11, 2007 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A) & (B)(iv)) |
| ) | |
|    v. ) | |
| ) | |
| EDGAR RENE HUIZAR, ) | |
| ) | |
|    Defendant. ) | |
| _____) | |

      On May 7, 2007, the parties appeared before Your Honor. With the agreement of the parties, and with the consent of the defendant, the Court enters this order (1) scheduling a change of plea and sentencing date on June 11, 2007, before your Honor; and (2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), from May 7, 2007 to June 11, 2007. The parties agreed, and the Court found and held, as follows:

      1. The parties agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny both government and defense counsel

STIPULATION AND [PROPOSED] ORDER
CR 07-0157 MHP

1 | reasonable time necessary for effective case preparation because the parties are still engaged in
2 | discovery, case discussions, and plea negotiations. The parties are also awaiting preparation of a
3 | report of the defendant's criminal history. The exclusion was also granted to allow continuity of
4 | counsel, since AUSA Frick was out of town and unavailable from April 23 to May 3, 2007.

     2. Given these circumstances, the Court found that the ends of justice served by excluding the period from May 7, 2007 to June 11, 2007 outweighed the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

     3. Accordingly, and with the consent of the defendant, the Court ordered that the period from May 7, 2007 to June 5, 2007 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

     4. The Court scheduled a change of plea and sentencing hearing on June 11, 2007, at 10 a.m.

IT IS SO STIPULATED.

DATED: May 15, 2007

                                                /S/
ERIKA R. FRICK
Assistant United States Attorney

DATED: May 11, 2007

                                                /S/
RON TYLER
Attorney for Edgar Rene Huizar

**IT IS SO ORDERED.**

DATED: May 16, 2007



THE HONORABLE MARILYN H. PATEL
Judge Marilyn H. Patel
United States District Court
Northern District of California

STIPULATION AND [PROPOSED] ORDER
CR 07-0157 MHP                       2