1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   DOUG SPRAGUE (CASBN 202121)
3  Acting Chief, Criminal Division

4  ERIKA R. FRICK (CSBN 208150)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-6973
7     Facsimile: (415) 436-7234
      Email: erika.frick@usdoj.gov
8
   Attorneys for Plaintiff
9

10                   UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13

14 | UNITED STATES OF AMERICA,    )   No. CR 07-0157 MHP
                                  )
15 |     Plaintiff,                )   [~~PROPOSED~~] ORDER AND
                                  )   STIPULATION CONTINUING HEARING
16 |   v.                          )   AND EXCLUDING TIME FROM JUNE
                                  )   11, 2007 TO ~~AUGUST 20, 2007~~ FROM AUGUST 27/07
17 | EDGAR RENE HUIZAR,            )   THE SPEEDY TRIAL ACT
                                  )   CALCULATION (18 U.S.C.
18 |     Defendant.                )   § 3161(h)(8)(A) & (B)(iv))
                                  )
19 |_____)

20      On June 11, 2007, the parties appeared before Your Honor. At that time, this Court set a

21 new plea and sentence date of July 16, 2007, in order to give defense counsel an opportunity to

22 obtain from the government and review further discovery in the case. This Court excluded time

23 from June 11, 2007, through July 16, 2007 based on the need for effective case preparation.

24 Although the government promptly requested from the investigative agency the discovery

25 requested by the defendant, the government has not yet received that discovery. As a result, the

26 defendant has not yet had an opportunity to review the discovery. Based on these developments,

27 and with the consent of the defendant, the parties hereby request that this Court enter this order

28 (1) vacating the current plea and sentencing date of July 16, 2007, and scheduling a change of

STIPULATION AND [PROPOSED] ORDER
CR 07-0157 MHP

1  plea and sentencing date on August 6, 2007, before your Honor; and (2) documenting the
2  exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), from June
3  11, 2007, to August 2̶0̶ 27, 2007.  The parties stipulate as follows:
4      1.  The parties agree to an exclusion of time under the Speedy Trial Act, from June 11,
5  2007 to August 2̶0̶ 27, 2007.  Failure to grant the requested continuance would unreasonably deny
6  both government and defense counsel reasonable time necessary for effective case preparation
7  because the parties are still engaged in discovery, case discussions, and plea negotiations.  The
8  parties are awaiting further discovery in the case from the investigative agency, and require
9  additional time to receive and review that discovery.
10     2.  On June 11, 2007, this Court found that the ends of justice served by excluding the
11 period from June 11, 2007 to July 16, 2007 outweighed the best interest of the public and the
12 defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).
13     3.  Accordingly, and with the consent of the defendant, the Court ordered that the period
14 from June 11, 2007 to July 16, 2007 be excluded from Speedy Trial Act calculations under 18
15 U.S.C. § 3161(h)(8)(A) & (B)(iv).
16     4.  Due to the aforementioned delay in receiving the sought-after discovery, time should
17 be excluded from July 16, 2007 to August 2̶0̶ 27, 2007, on the same basis.
18     IT IS SO STIPULATED.

DATED: July 11, 2007                   /s/
                                       ERIKA R. FRICK
                                       Assistant United States Attorney

DATED: July 12, 2007                   /s/
                                       RON TYLER
                                       Attorney for Edgar Rene Huizar

**IT IS SO ORDERED.**

DATED:  July 17, 2007



THE HONORABLE MARILYN H. PATEL
United States District Judge

STIPULATION AND [PROPOSED] ORDER
CR 07-0157 MHP                                    2