1  BARRY J. PORTMAN
   Federal Public Defender
2  RONALD C. TYLER
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   19th Floor, Box 36106
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant RENE-HUIZAR
6

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 07-00157 MHP |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER TO CONTINUE** |
| EDGAR RENE-HUIZAR, | ) | **SENTENCING HEARING** |
| Defendant. | ) | |

**STIPULATION**

The parties agree to continue the sentencing hearing in the above-captioned matter from November 26, 2007 until December 17, 2007. The purpose of the continuance is to allow sufficient time to complete this expedited sentencing.

All counsel and the probation officer are available on the requested date.

//

//

//

STIPULATION TO
CONTINUE HEARING
CR 07-00157 MHP

It is so stipulated.

DATED: November 2, 2007         /S/
                                RONALD C. TYLER
                                Assistant Federal Public Defender

DATED: November 2, 2007         /S/
                                ERIKA R. FRICK
                                Assistant United States Attorney

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, it is hereby ORDERED that the sentencing hearing in the aforementioned matter currently set for November 26, 2007, shall be continued to December 17, 2007.

**IT IS SO ORDERED**.

DATED: November 6, 2007
                                _____
                                MARILYN H. PATEL
                                UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Marilyn H. Patel (signed and sealed, United States District Court, Northern District of California)*

STIPULATION TO
CONTINUE HEARING
CR 07-00157 MHP                 - 2 -