| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | RONALD C. TYLER |
| | Assistant Federal Public Defender |
| 3 | 450 Golden Gate Avenue |
| | 19 th Floor, Box 36106 |
| 4 | San Francisco, CA 94102 |
| | Telephone: (415) 436-7700 |
| 5 | |
| | Counsel for Defendant RENE-HUIZAR |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00157 MHP |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER TO CONTINUE HEARING** |
| v. | ) | |
| | ) | |
| EDGAR RENE-HUIZAR, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The parties agree to continue the sentencing hearing in the above-captioned matter from December 17, 2007 until January 28, 2008. The reason for the continuance is that counsel for Mr. Huizar will be out of the district on leave on the date presently set.

All counsel and the probation officer are available on the requested date.

It is so stipulated.


Dated: December 11, 2007          _____/S/_____
                                  RONALD C. TYLER
                                  Assistant Federal Public Defender

Dated: December 11, 2007          _____/S/_____
                                  ERIKA R. FRICK
                                  Assistant United States Attorney

STIPULATION TO CONTINUE
HEARING; *U.S. v. Huizar*
*No. CR 07-00157 MHP*                 1

1  <span style="text-decoration: line-through">[PROPOSED]</span> **ORDER**

2  GOOD CAUSE APPEARING, it is hereby ORDERED that the sentencing hearing in the

3  aforementioned matter currently set for December 17, 2007 at 9:00 a.m., shall be continued to

4  January 28, 2008 at 9:00 a.m.

5  **IT IS SO ORDERED.**

6

7  Dated: December 17, 2007



HONORABLE _____
UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE
HEARING; *U.S. v. Huizar*
*No. CR 07-00157 MHP*            2